IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| v. | ) | |
| | ) | |
| KELVIN L. STINSON and | ) | ORDER |
| SOLOMON B. HAWTHORNE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Kelvin L. Stinson made his initial appearance before me this date and trial has been set for April 6, 2009.

IT IS ORDERED:

Trial as to defendant Hawthorne will be held jointly with that of co-defendant Stinson and is set to commence at 9:00 a.m., April 6, 2009, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 2nd day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge