```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| v. | ) | |
| | ) | |
| KELVIN L. STINSON, | ) | ORDER |
| SOLOMON B. HAWTHORNE, and | ) | |
| MICHAEL F. WEAVER, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Trial as to defendants Stinson and Hawthorne is continued from April 6, 2009 to June 1, 2009 at 9:00 a.m., to be held jointly with the trial of defendant Michael F. Weaver before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 30th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge