IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| v. | ) | |
| | ) | |
| KELVIN L. STINSON and | ) | ORDER |
| SOLOMON B. HAWTHORNE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

An order was entered by the undersigned on May 21, 2009 continuing the trial as to defendant Kelvin L. Stinson. The order should have applied to all defendants in this case who were previously set for trial on June 1, 2009. The above-named defendants are the only two in the above case who remain on the trial docket.

IT THEREFORE HEREBY IS ORDERED,

Trial of this matter as to both defendants Stinson and Hawthorne is continued to 9:00 a.m., July 20, 2009, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 26th day of May, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge