IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | OF FORFEITURE COUNT |
| KELVIN STINSON, | ) | |
| BRANDON MAUL, | ) | |
| SOLOMON HAWTHORNE, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Motion of the United States (Filing No. 136), pursuant to Federal Rule of Criminal Procedure 48(a),  leave of court is granted for the filing of the dismissal of the forfeiture count, Count III, of the Superseding Indictment against Kelvin Stinson, Brandon Maul and Solomon Hawthorne.

IT IS ORDERED that the Motion to Dismiss Forfeiture Count (Filing No. 136) is granted.

Dated this 8th day of June, 2009

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge