IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| v. | ) | |
| | ) | |
| KELVIN L. STINSON, | ) | |
| BRANDON A. MAUL, | ) | |
| SOLOMON B. HAWTHORNE, | ) | |
| MICHAEL F. WEAVER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 4:09CR3069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | MEMORANDUM |
| | ) | AND ORDER |
| BENYAMIN HAWTHORNE, | ) | |
| KELVIN L. STINSON, | ) | |
| | ) | |
| Defendants. | ) | |

     Case No. 4:08CR3129 is assigned to me. Case No. 4:09CR3069 is assigned to Judge Urbom. Mr. Gillan is the prosecutor in both cases and he has filed a motion to consider reassignment in both cases. Judge Urbom and I have conferred and we are in agreement that: (1) the motion should be granted, and (2) Case No. 4:09CR3069 should be transferred from Judge Urbom and reassigned to me. Accordingly,

     IT IS ORDERED that:

     (1)    The motions to consider reassignment (filing 174 in Case No. 4:08CR3129; filing 23 in Case No. 4:09CR3069) are granted.

(2)     Case No. 4:09CR3069 should be reassigned to Judge Kopf, and Chief Judge Bataillon is requested to enter such a reassignment order.

(3)     The motions to restrict (filing 175 in Case No. 4:08CR3129; filing 24 in Case No. 4:09CR3069) are granted.

DATED this 26th day of August, 2009.

                                  BY THE COURT:

                                  *Richard G. Kopf*
                                  United States District Judge