IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| V. | ) | |
| | ) | |
| KELVIN L. STINSON, | ) | ORDER |
| BRANDON A. MAUL, | ) | |
| SOLOMON B. HAWTHORNE, | ) | |
| MICHAEL F. WEAVER, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the government's motion for leave to dismiss superseding indictment only as to Kelvin Stinson (filing 179) is granted.

DATED this 31st day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge