IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| KELVIN L. STINSON, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the government's motion, (filing no. 179), the superseding indictment against Kelvin L. Stinson was dismissed, and defendant Stinson is no longer a party to this action. (Filing No. 181). Accordingly,

IT IS ORDERED that, as to this action only,[1] the motion to suppress filed by defendant Stinson, (filing no. 169), is denied as moot. Furthermore, this case is concluded as to the defendant Stinson and the Clerk shall "term" this case as to defendant Stinson.

DATED this 24th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

[1] Defendant Stinson's identical motion to suppress filed in USA v. Kelvin Stinson, case number 4:09CR3069, remains pending.